**Approved. So Ordered.**

***s/Dan Aaron Polster***
**DAN AARON POLSTER**
**U.S. DISTRICT JUDGE**

**Date: 6/5/2026**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

THIS DOCUMENT RELATES TO:

*Family Practice Clinic of Booneville, Inc., et al. v. Purdue Pharma L.P., et al.*, No. 18-op-45390

MDL No. 2804

Case No. 1:17-md-2804

Judge Dan Aaron Polster

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed pursuant to Fed. R. Civ. P. 41(a)(1)(A) by all parties through their undersigned counsel that Plaintiffs voluntarily dismiss all claims against all Defendants with prejudice, each party to bear its own costs.

Dated: June 4, 2026

Respectfully submitted,

*/s/ Robert K. Finnell*
Robert K. Finnell
THE FINNELL FIRM
1 West 4th Street, Suite 200
Rome, GA 30161
(706) 235-7272
bob@finnellfirm.com

*Counsel for Plaintiffs*

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Jean K. Tinkham
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
jean.tinkham@bartlitbeck.com

*Counsel for Defendant Walgreen Co.*

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
111 North Wacker, Suite 4800
Chicago, IL 60606
(312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Defendant Walmart Inc.*

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for Defendant CVS Health Corporation*

*/s/ Rebecca Fitzpatrick*
Rebecca Fitzpatrick, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
rebecca.fitzpatrick@kirkland.com

Catie Ventura
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 389-5000
catie.ventura@kirkland.com

*Counsel for Defendant Allergan Finance LLC*

*/s/ Charles Lifland*
Charles Lifland
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*Counsel for Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc.*

*/s/ Enu Mainigi*
Enu Mainigi
Jennifer G. Wicht
Steven Pyser
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20023
(202) 434-5000
emainigi@wc.com
jwicht@wc.com
spyser@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

*/s/ Evan K. Jacobs*
Evan K. Jacobs
Eric W. Sitarchuk
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5000
evan.jacobs@morganlewis.com
eric.sitarchuk@morganlewis.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

*/s/ Robert A. Nicholas*
*Robert A. Nicholas*
Joseph J. Mahady
Anne Rollins Bohnet
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103

(215) 851-8100
rnicholas@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

*Counsel for Defendants AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation (n/k/a Cencora, Inc.)*

*/s/ Christian J. Pistilli*

Geoffrey E. Hobart
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5281
ghobart@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system on all counsel of record on June 4, 2026.

*Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr

Counsel for Defendant Walgreen Co.